UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PECHERER,

    Plaintiffs,

    v.

PEERLESS INSURANCE COMPANY,

    Defendants.

Case No. 16-cv-02363-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 4, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 30, 2017.

DESIGNATION OF EXPERTS: 2/6/17; REBUTTAL: 2/21/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/3/17.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 10, 2017;
    Opp. Due: March 24, 2017; Reply Due: March 31, 2017;
    and set for hearing no later than April 14, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 30, 2017 at 3:30 PM.

JURY TRIAL DATE: June 12, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 to 6 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case has been referred to the Court's Mediation Program and shall be completed within 90 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/1/16

SUSAN ILLSTON
United States District Judge

2